# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA

v.

**TRAVIS A. BIRRER**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)
Case Number: **5:11-MJ-00060 JLT**

Francine Zepeda
Defendant's Attorney

## THE DEFENDANT:

[✔] pleaded guilty to Violation Notices *(F4413158 / F4413158 CA40)*
[ ] pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 36 CFR 261.5 (a) | Carelessly or negligently throwing or placing any ignited substance that may cause fire | 9/14/2011 | 1 |
| 36 CFR 261.5 (c) | Causing timber, trees, brush or grass to burn w/o permit | 9/14/2011 | 2 |

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

12/6/2011
Date of Imposition of Judgment

*/s/ Jennifer L. Thurston*
Signature of Judicial Officer

**JENNIFER L. THURSTON**, U.S. Magistrate Judge
Name & Title of Judicial Officer

12/7/11
Date

## *CRIMINAL MONETARY PENALTIES*

The defendant must pay the total criminal monetary penalties as follows.

|         | Assessment | Fine     | Total    |
|---------|------------|----------|----------|
| Totals: | $ 10.00    | $ 340.00 | $ 350.00 |

## *SCHEDULE OF PAYMENTS*

Payment of the total fine shall be due within 30 days.

Payments must be made by Check or Money Order, payable to: Clerk, U.S. District Court and *mailed* to:

U.S. District Court
Office of the Clerk
2500 Tulare Street, Room 1501
Fresno, CA 93721

Your check or money order must indicate your name and case number to ensure your account is credited for payments received.